UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DANIELLE BITON, AMERICAN SPELLING;
DANIELLE BITTON, BRITISH SPELLING,

                Plaintiff,

     -against-                                  **CIVIL JUDGMENT**

                                                          09-CV-05375 (CBA)(VVP)

WILMER HILL GRIER, Esq.; FELIX NGATI,
Esq.; ELIOTT SUTTON; ANDREW M. CUOMO;
Esq.; MICHAEL RUBLOWSKY, Esq.; JOHN
XIE, Esq.; SCOTT HORY "INDEPENDENT"
Esq; KELLY MORRISON-LEE "INDEPENDENT"
Esq.; JOHN DOES, UAL; AFL-CIO/AFA;
PENSION BENEFITS GUARANTY
COPORATION; COOK COUNTY HOSPITAL;
BLUE CROSS/BLUE SHIELD OF ILLINOIS;
RYAN NENA,

                Defendants.
-----------------------------------------------------------x

       Pursuant to the order issued today by the undersigned dismissing the complaint, it is hereby

**ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed. For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any in forma pauperis appeal would not be taken in good faith.

                                                /Signed by Judge Amon/
                                                Carol Bagley Amon
                                                United States District Judge

Dated: Brooklyn, New York
       February 19, 2010